IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELA DELORES GREEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 19-4524 |

# **O R D E R**

AND NOW, this 25th day of February, 2020, upon consideration of Plaintiff's brief (Doc. 10), Defendant's unopposed Motion to Remand (Doc. 11), and the administrative record (Doc. 8), IT IS HEREBY ORDERED that the Motion for Remand is GRANTED, and the case is REMANDED to Defendant for further administrative proceedings consistent with the accompanying Memorandum.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/S/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.